# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BLUEFIELD

**NAPOLEON MORALES-DORANTES,**

    **Plaintiff,**

v.                                               **CIVIL ACTION NO. 1:15-12720**

**FEDERAL BUREAU OF PRISONS, et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiff's action seeking relief pursuant to Bivens v. Six Unknown Named Federal Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). ECF No. 1. By Standing Order, the matter was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings and recommendations ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On March 27, 2018, the magistrate judge submitted his PF&R, in which he recommended that the district court dismiss plaintiff's complaint and remove the matter from the court's docket. See ECF No. 7.

In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's PF&R. The failure to file such objections constitutes a waiver

of the right to a de novo review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Neither party has filed objections to the magistrate judge's PF&R within the required time period. Accordingly, having reviewed the PF&R, the court hereby adopts the factual and legal analysis contained therein, as follows:

1. The court **DISMISSES** plaintiff's complaint, (ECF No. 1); and

2. The Clerk is directed to remove this case from the court's active docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record and plaintiff, pro se.

**It is SO ORDERED** this 31st day of July, 2018.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge